

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00570-CV

William Clayborn **LORENZ**, Individually and as Independent Executor of the Estate of Tyson Desmer Lambeck, Deceased, and Carmen Carter-Faughtenbery, Trustee of the Trajan Desmer Lambeck Trust,
Appellants

v.

Kourtney **VOIGHT**, as Next Friend of Trajan Lambeck,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. PR-08514
Honorable Kathleen S. Stone, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: February 1, 2023

JOINT PETITION FOR PERMISSIVE APPEAL DENIED; DISMISSED FOR LACK OF JURISDICTION

William Clayborn Lorenz, individually and as Independent Executor of the Estate of Tyson Desmer Lambeck, Deceased, and Carmen Carter-Faughtenbery, Trustee of the Trajan Desmer Lambeck Trust, filed a joint petition seeking permission to appeal an interlocutory order denying their motion for summary judgment. *See* TEX. R. APP. P. 28.3(e). Kourtney Voight, as Next Friend of Trajan Lambeck, also filed a response to which Lorenz and Carter-Faughtenbery replied. *See id.* R. 28.3(f).

Having fully considered the joint petition for permissive appeal, response, and reply, we deny the joint petition for permissive appeal. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(d); TEX. R. APP. P. 28.3; *Sabre Travel Int'l v. Deutsche Lufthansa AG*, 567 S.W.3d 725, 732 (Tex. 2019) ("Texas courts have discretion to accept or deny permissive interlocutory appeals . . . ."). Accordingly, we dismiss this appeal for lack of jurisdiction. *See Durairaj v. Durairaj*, No. 04-19-00271-CV, 2019 WL 3937275, at *1 (Tex. App.—San Antonio Aug. 21, 2019, no pet.) (mem. op.) (per curiam) (denying petition for permissive appeal and dismissing appeal for lack of jurisdiction).

PER CURIAM